-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEFFREY T. ANGELO,

        Petitioner,

    -v-                                      14-mc-26S
                                            ORDER

CAROLYN W. COLVIN, Commissioner of
the Social Security Administration,

        Respondent.

---

*FILED MAR 13 2014 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

    Petitioner, Jeffrey T. Angelo, by and through his attorney, seeks a writ of mandamus compelling respondent, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, to issue a decision on his application for social security disability benefits. Accordingly,

    **IT HEREBY IS ORDERED**, as follows:

    1.    Respondent is directed to respond to the petition by no later than **April 12, 2014**. Respondent is directed to specifically address the allegations of the petition and show cause why an order should not issue requiring respondent to issue a decision.

    2.    The Clerk of Court is directed to serve a copy of the motion by sending it by certified mail together with a copy of this order to the United States Attorney for the Western District of New York, at 138 Delaware Avenue, Buffalo, New York 14202.

    **THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE UNITED STATES ATTORNEY.**

    SO ORDERED.

                                                                      s/Michael A. Telesca
                                                                     MICHAEL A. TELESCA
                                                     United States District Judge

Dated:    March 10, 2014
                Rochester, New York